# ALABAMA COURT OF CRIMINAL APPEALS



July 19, 2024

**CR-2022-1353**
Earl Clayburn Coburn v. State of Alabama (Appeal from Lawrence Circuit Court:
CC-17-167)

## NOTICE

You are hereby notified that on July 19, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk